**Order filed June 23, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00151-CV
_____

**5500 GRIGGS, Appellant**

**V.**

**FAMCOR OIL, INC., Appellee**

---

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-21808**

---

## O R D E R

Appellant's brief was due June 5, 2015. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **July 23, 2015**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM